UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DIGGS, SR.,

    Plaintiff,

-vs-                                            Case No:   1:07-cv-08035-GBD

NEW YORK MARINE TOWING,

    Defendant.

_____/

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Robert E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Dennis M. O'Bryan
        O'Bryan Baun Cohen Kuebler
        401 S. Old Woodward, Ste. 320
        Birmingham, MI 48009
        (248) 258-6262
        (248) 258-6057 fax
        dob@obryanlaw.net

is admitted to practice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:   OCT 0 5 2007

_George B. Daniels_
United States District Judge
HON. GEORGE B. DANIELS