William R. Bennett, III
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JAMES DIGGS, SR.,                                    07-CV-08035 GDB

             Plaintiff,                    ORDER AND STIPULATION
- against -                                          TO TRANSFER VENUE TO
                                                     EASTERN DISTRICT
NEW YORK MARINE TOWING.,                             OF NEW YORK

             Defendants.
---------------------------------------------------------X

WHEREAS, plaintiff filed a complaint in the district; and,

WHEREAS, venue is not proper in this district, but rather proper in an adjacent district, i.e., the Eastern District of New York, Central Islip Courthouse; therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff JAMES DIGGS, SR. and the defendant NEW YORK MARINE TOWING, that the venue of the above captioned matter be transferred to the U.S. District Court for the Eastern District of New York, Central Islip Courthouse.

IT IS FURTHER STIPULATED AND AGREED that, by entering into this Stipulation, defendant NEW YORK MARINE TOWING does not waive any of its defenses to this lawsuit.

Dated:      New York, New York
            September 28, 2007

O'BRYAN BAUN COHEN KUEBLER
Attorneys for Plaintiff

*[signature]*

Dennis M. O'Bryan, Esq. (pro hac vice pending)
401 S. Old Woodward, Ste. 320
Telephone:   (248) 258-6262

-and-

Roberta E. Ashkin, Esq.
580 Broadway, Ste. 1101
New York, NY 10012
Telephone:   (212) 965-0010


BENNETT, GIULIANO, MCDONNELL
& PERRONE, LLP
Attorneys for Defendant

*[signature]*

William R. Bennett, III
Bennett, Giuliano, McDonnell & Perrone, LLP
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120

So Ordered:

*[signature]* OCT 1 0 2007
U. S. P. C. J.

HON. GEORGE B. DANIELS

2